# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**TRAVIS LANSFORD**                                                                             **PLAINTIFF**

**VS.**                                          **2:17-CV-00047-BRW**

**COOPER TIRE & RUBBER COMPANY,** *et al.*                                **DEFENDANTS**

## ORDER

For the same reasons set out in the order entered today in *Danehower v. Cooper Tire & Rubber Company*,[1] Plaintiff's Motion to Remand (Doc. No. 17) is GRANTED; Defendant's Motion to Strike (Doc. No. 23) is DENIED; and the Clerk of the Court is directed to IMMEDIATELY REMAND this case to the Circuit Court of St. Francis County, Arkansas.

IT IS SO ORDERED this 27th day of July, 2017.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] *Danehower v. Cooper Tire and Rubber Company*, No. 2:17-CV-00048-BRW (E.D. Ark. July 26, 2017)